UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KEVIN HOYT,

        Plaintiff,

v.                                                            Case No. 22-cv-10337

STATE FARM FIRE AND CASUALTY
COMPANY,

        Defendant.
_____/

## ORDER SUSPENDING FURTHER PROCEEDINGS FOR SETTLEMENT PURPOSES AND FOR CASE STATUS REPORT

On May 23, 2023, the court convened the parties for a status conference. During the conference, the parties advised the court of their intent to attend facilitation with Kara Tertzag Lividini on September 20, 2023. They further requested that the court suspend proceedings in the case to allow for said mediation. The court granted the request and further directed the parties to file a case status report on or before September 30, 2023. Accordingly,

IT IS ORDERED that all further proceedings in this case are SUSPENDED through September 20, 2023 to allow for mediation and all pending deadlines are POSTPONED without a date.

IT IS FURTHER ORDERED the parties shall file a case status report on or before September 30, 2023.

                                                             s/Robert H. Cleland                  /
                                                             ROBERT H. CLELAND
                                                             UNITED STATES DISTRICT JUDGE

Dated:  May 23, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 23, 2023, by electronic and/or ordinary mail.

s/Lisa Wagner                /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\EKL\Opinions & Orders\Civil\22-10337.HOYT.OrderSuspendingCaseForSettlementPurposes.EKL.docx